**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DFSB KOLLECTIVE CO., LTD., JUNGLE ENTERTAINMENT, WOOLIM ENTERTAINMENT, AFTERNOON MUSIC ENTERTAINMENT, INC., BOOHWAL ENTERTAINMENT, and LOVEROCK COMPANY,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>KENNY TRAN, an individual, and D/B/A IHONEYJOO.COM and IHONEYDEW.COM, and Does 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 11-CV-01049-LHK<br><br>ORDER VACATING CASE MANAGEMENT CONFERENCE AND SETTING DEADLINE FOR PLAINTIFFS TO FILE MOTION FOR DEFAULT JUDGMENT |

Plaintiffs filed their complaint on March 7, 2011. On June 28, 2011, Plaintiffs filed a proof of service on Defendant, showing that the Defendant was served in New South Wales, Australia. The Court had previously set a Case Management Conference for July 29, 2011. On July 21, 2011, Plaintiffs filed a Motion to Continue Case Management Conference stating that Defendant had not appeared or responded to the Complaint and that Plaintiffs would seek entry of default as a result. The same day, Plaintiffs filed a request for the Clerk's office to enter default.

The Court hereby VACATES the Case Management Conference set for July 29, 2011. Plaintiffs shall file a Motion for Default Judgment **within 30 days of the date of this Order**. In their Motion, Plaintiffs shall address jurisdiction (including personal jurisdiction over Defendant) and adequacy of service of process on Defendant.

1

Case No.: 11-CV-01049-LHK
ORDER VACATING CASE MANAGEMENT CONFERENCE

1  **IT IS SO ORDERED.**

2  Dated: July 26, 2011


LUCY H. KOH
United States District Judge

2

Case No.: 11-CV-01049-LHK
ORDER VACATING CASE MANAGEMENT CONFERENCE